UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

H.R.H. PRINCE FAISAL BIN KHALID BIN ABDULAZIZ SAUD,

                              Plaintiff,

          -against-

PIA INVESTMENTS LIMITED, PAKISTAN INTERNATIONAL AIRLINES CORPORATION,

                            Defendant.

Civ.

**RULE 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants PIA Investments Limited and Pakistan International Airlines Corporation certifies that the Defendants have no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: June 12, 2007

                                              CHADBOURNE & PARKE LLP

                                              By _____
                                               Donald I Strauber (DS-9256)
                                               A Member of the Firm
                              Attorneys for Defendants PIA Investments
                                 Limited and Pakistan International
                                 Airlines Corporation
                              30 Rockefeller Plaza
                              New York, New York 10112
                              (212) 408-5100