AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

## APPEARANCE

Case Number: 1:07-cv-05603-NRB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants PIA Investments Limited and Pakistan International Airlines Corporation

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/14/2007 | _/s/_ |
| Date | Signature |
| | Matthew I. Kliegman/ Chadbourne & Parke L    MK-4962 |
| | Print Name    Bar Number |
| | 30 Rockefeller Plaza |
| | Address |
| | New York    NY    10112 |
| | City    State    Zip Code |
| | (212) 408-5461    (646) 710-5461 |
| | Phone Number    Fax Number |