



**CHADBOURNE & PARKE LLP**

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

Donald I Strauber
direct tel (212) 408-5205  fax (212) 247-6776
dstrauber@chadbourne.com

June 26, 2007

The Honorable Naomi Reice Buchwald
United States District Judge
United States District Court,
 Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

> Re: H.R.H Price Faisal Bin Khalid Bin Abdulaziz Al Saud v. PIA Investments Limited, Pakistan International Airlines Corporation, 07 Civ. 5603 (NRB) (HBP)

Dear Judge Buchwald:

I am writing on behalf of Defendant Pakistan International Airlines Corporation. ("PIAC"). I understand from Plaintiff's counsel that the Court has requested that the parties confer regarding a briefing schedule with regard to PIAC's motion to compel arbitration and/or dismiss the Complaint. The parties have agreed to the following schedule:

PIAC's moving memorandum will be filed on June 28, 2007.

Plaintiff's opposition memorandum will be filed on July 16, 2007.

PIAC's reply memorandum will be filed on July 24, 2007.

I have learned since my previous letter to the Court dated June 21, 2007 that Defendant PIA Investments Limited ("PIAIL") has still not been served with the Complaint. Accordingly, we will not be moving to dismiss on PIAIL's behalf or otherwise responding to the Complaint at this time, preserving all arguments including with respect to personal jurisdiction over PIAIL.

*So Ordered.*
*[signature]*
6/26/07

Respectfully yours,

Donald I Strauber

VIA FACSIMILE

cc: Mitchell A. Karlan, Esq.            (VIA FACSIMILE)

New York  Washington  Los Angeles  Houston  London (a multinational partnership)  Moscow  Warsaw (a Polish partnership)  Kyiv  Almaty  Beijing