UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H.R.H. PRINCE FAISAL BIN KHALID BIN ABDULAZIZ AL SAUD,

                         Plaintiff,

-against-

PIA INVESTMENTS LIMITED, PAKISTAN INTERNATIONAL AIRLINES CORPORATION,

                         Defendants.

07 Civ. 5603 (NRB)(HBP)

**NOTICE OF MOTION TO COMPEL ARBITRATION OR TO DISMISS THE COMPLAINT**

      PLEASE TAKE NOTICE that, upon the annexed declaration of Donald I Strauber, dated June 27, 2007, and the exhibits thereto, the annexed declaration of Rashid S. Farookee, dated June 27, 2007, the annexed declaration of Ali Safdar Rezvi, dated June 28, 2007, and upon all the prior pleadings and proceeding herein, Defendants PIA Investments Limited and Pakistan International Airlines Corporation, (collectively, "Defendants,") will move this Court before the Honorable Naomi Reice Buchwald, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York on July 25, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order:

      1)  Pursuant to 9 U.S.C. § 206 and Rule 12(b)(1) of the Federal Rules of Civil Procedure, compelling arbitration of the claims in the Complaint; or

      2)  In the alternative, dismissing the Complaint on the ground of *forum non conveniens*;

and for such other and further relief as the Court deems just and proper.

June 28, 2007

                                                CHADBOURNE & PARKE LLP

By: /s Donald I Strauber
      Donald I Strauber (DS-9256)
      A Member of the Firm
Attorneys for Defendants PIA Investments
  Limited and Pakistan International
  Airlines Corporation
30 Rockefeller Plaza
New York, New York  10112
(212) 408-5100

TO:

Mitchell A. Karlan, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
Attorneys for Plaintiff