Exhibit A

DRAFT

1-8(B)

## SHAREHOLDERS' AGREEMENT

اتفاقية المساهمين

THIS AGREEMENT is made the 30th day of June One thousand nine hundred and seventy-nine, between PIA INVESTMENTS LIMITED, a company with limited liability duly formed and existing under the laws of Sharjah and having offices at P.O. Box 5925, Sharjah, UAE, (hereinafter referred to as "the COMPANY", which expression shall, where the context so admits, include its successors-in-interest and assigns), of the first part, and PAKISTAN INTERNATIONAL AIRLINES CORPORATION, a corporation with limited liability duly formed and existing under the laws of Pakistan and having offices at Karachi Airport, Karachi, Pakistan, (hereinafter referred to as "PIAC", which expression shall, where the context so admits, include its successors-in-interest and assigns), of the second part, and HIS ROYAL HIGHNESS PRINCE FAISAL BIN KHALID BIN ABDUL AZIZ AL SAUD, of Riyadh, Kingdom of Saudi Arabia, (hereinafter referred to as "HRH PRINCE FAISAL", which expression shall, where

حررت هذه الاتفاقية في اليوم من شهر سنة الف وتسعمائة وتسعة وسبعين بين بي آي ايه للاستثمارات المحدودة، وهي شركة محدودة المسئولية تأسست وقائمة حاليا طبقا لقوانين الشارقة وعنوان مكاتبها ص.ب ٥٩٢٥ الشارقة الامارات العربية المتحدة (يشار اليها فيما بعد بـ"الشركة" ويشمل هذا التعبير عندما يسمح المضمون بذلك خلفائها في الحق والمتنازل لهم) طرف أول، ومؤسسة الخطوط الجوية الباكستانية وهي مؤسسة محدودة المسئولية تأسست وقائمة حاليا طبقا لقوانين باكستان والكائنة مكاتبها بمطار كراتشي، كراتشي باكستان (يشار اليها فيما بعد بـ"بياك" ويشمل هذا التعبير عندما يسمح المضمون بذلك، خلفاؤها في الحق والمتنازل لهم) طرف ثاني

وصاحب السمو الملكي الأمير فيصل بن خالد بن عبد العزيز آل سعود وعنوانه الرياض، المملكة العربية السعودية (يشار اليه فيما بعد بـ"الأمير فيصل" ويشمل هذا التعبير عندما يسمح

the context so admits, include his heirs, executors, successors, representatives and permitted assigns), of the third part ;

المعنيون بذلك ورثته ومنفذوا وصيته وخلفاؤه وممثلوه والمتنازل لهم) طرف ثالث

W H E R E A S :

حيث :

(a) The present authorised capital of the COMPANY is Dirhams 50,000,000, out of which shares of the value of Dirhams 40,000,000 have been subscribed and paid for in full by PIAC ;

(أ) ان رأسمال الشركة المصرح به حاليا هو ٥٠٫٠٠٠٫٠٠٠ درهم التي ساهم فيه بيان بأسهم قيمتها ٤٠٫٠٠٠٫٠٠٠ درهم دفعت بالكامل

(b) By corporate action duly taken, the COMPANY has, subject to the approval of His Highness, The Ruler of Sharjah, increased its authorised capital to Dirhams 120,000,000, and is desirous of inviting subscriptions in cash for the issue of further capital of the value of Dirhams 40,000,000 ;

(ب) ان الشركة قد اتخذت قرارا طبقا للأصول بمقتضاه ومع مراعاة موافقة سمو حاكم الشارقة بزيادة رأسمالها المصرح به الى ١٢٠٫٠٠٠٫٠٠٠ درهم وترغب في الدعوة الى الاكتتاب نقدا لاصدار رأسمال اضافي قيمته ٤٠٫٠٠٠٫٠٠٠ درهم

(c) PIAC has submitted an "Investors Profile" to HRH PRINCE FAISAL, containing detailed particulars of the COMPANY's activities and development proposals,

(ج) ان بيان قد قدمت الى سمو الأمير فيصل ((دليل مستثمرين)) يحتوي على تفاصيل نشاطات الشركة ومقترحات التنمية والتطوير

and has invited HRH PRINCE FAISAL to subscribe and pay for such additional capital on the terms herein contained ;

(d) HRH PRINCE FAISAL has completed a detailed examination into the COMPANY's affairs, and has agreed to proceed with the acquisition of such additional capital ;

NOW, THEREFORE, THIS AGREEMENT WITNESSES that it is hereby agreed and declared by and between the parties hereto as follows -

1. HRH PRINCE FAISAL hereby agrees and undertakes to subscribe for and take 400,000 shares in the capital of the COMPANY, on or before the 3rd day of July 1979, and in consideration thereof, will pay therefor in cash to the COMPANY Dh 100 per share, being a total of Dh 40,000,000 ("the Subscription Price"), on or before the said date. Upon the COMPANY's receipt from HRH PRINCE FAISAL of the entire

إلى سمو الأمير فيصل لكي يكتتب ويسدد نقداً من المال الإضافي طبقاً للشروط الواردة في هذه الاتفاقية .

(د) أن سمو الأمير فيصل قد انتهى من التدقيق التفصيلي في شئون الشركة ووافق على امتلاك رأس المال الإضافي

وبناء على ذلك فإن هذه الاتفاقية تشهد على أن الأطراف قد اتفقوا فيما بينهم على ما يلي :

١ – بهذا يوافق سمو الأمير فيصل ويتعهد بالاكتتاب وشراء ٤٠٠,٠٠٠ سهم في رأسمال الشركة في أو قبل اليوم من شهر ، سنة ١٩٧٩ وفي مقابل ذلك سيدفع للشركة نقداً ١٠٠ درهم من السهم وبمجموع مقداره ٤٠,٠٠٠,٠٠٠ درهم (ثمن الاكتتاب) وذلك في أو قبل اليوم المذكور وعند استلام الشركة ثمن الاكتتاب بالكامل من سمو الأمير فيصل فإن

Subscription Price, PIAC shall cause the COMPANY to take all requisite corporate steps to issue such shares to HRH PRINCE FAISAL, in order that the total issued, subscribed, and paid-up capital of the COMPANY shall be a sum of Dh 80,000,000, held as to one-half by PIAC and one-half by HRH PRINCE FAISAL.

بيناك مطلب من الشركة اتخاذ جميع الخطوات المطلوبة لإصدار هذه الأسهم الى سمو الأمير فيصل حتى يصبح رأسمال الشركة المصدر والمكتتب به والمدفوع ٨٠٫٠٠٠٫٠٠٠ درهم تملك نصفه بيناك ويملك نصفه الآخر سمو الأمير فيصل .

2. PIAC hereby waives any and all pre-emptive rights it may have under Article 5 of the COMPANY's Articles of Association with respect to the issuance of the said additional Shares to HRH PRINCE FAISAL in accordance with this Agreement.

٢ ـ بهذا تتخلى بيناك الى سمو الأمير فيصل وطبقا لهذه الاتفاقية من جميع الحقوق الشفعة التي قد تكون ملكا لها بموجب البند ٥ من النظام الأساسي للشركة والمتعلقة بإصدار الأسهم الإضافية المذكورة .

3. HRH PRINCE FAISAL further agrees and undertakes, as soon as practicable after the date hereof, to provide security in partial replacement of all guarantees heretofore issued by PIAC, (which are listed in Appendix A hereto), to secure the debts or other obligations of the COMPANY, such security to be (i) in an amount equal to one-half of the total guarantees outstanding as aforesaid,

٣ ـ ويوافق سمو الأمير فيصل ويتعهد متى كان ذلك عمليا بعد تاريخ هذه الاتفاقية بأن يقدم ضمانا ليحل جزئيا محل جميع الكفالات الصادرة من بيناك ( وهي موضحة بالجدول المرفق أ ) وذلك لضمان ديون والتزامات الشركة الأخرى وأن يكون هذا الضمان ( ١ ) بقيمة تعادل نصف مجموع الكفالات القائمة كما ذكر سابقا .

( 5 )

and (ii) in each instance in form and from sources acceptable to the beneficiaries of the guarantees HRH PRINCE FAISAL shall participate on the same basis and to the same extent as PIAC in any future guarantees the COMPANY's creditors may require.

4. PIAC has provided the COMPANY with a loan of US $ 3.2 million ; HRH PRINCE FAISAL agrees to grant a loan for the same amount to the COMPANY simultaneously with payment of the Subscription Price hereunder. Both such loans shall be rateably repaid by the COMPANY to PIAC and HRH PRINCE FAISAL, and shall in all respects be governed by the same terms and conditions.

[signature]

( ٥ )

و(٢) في كل حالة وبالصيغة ومن المصادر المقبولة لدى المستفيدين من الكفالات يساهم سمو الأمير فيصل على نفس الأسس وإلى نفس المدى مثل بيماك في أي كفالات يطلبها دائنو الشركة مستقبلاً .

٤- لقد قدمت بيماك إلى الشركة قرضاً مقداره ٣٫٢ مليون دولار أمريكي وإن سمو الأمير فيصل يوافق على منح الشركة قرضاً بنفس القيمة في نفس الوقت الذي يدفع فيه ثمن الاكتتاب وستلتزم الشركة بسداد القرضين بنفس النسبة إلى بيماك وسمو الأمير فيصل ويخضعان ومن جميع النواحي لنفس الشروط .

5. It is recognised that the COMPANY's activities relate to investment in individual hotel and similar projects, and that, for the development of such projects, guarantees from the shareholders of the COMPANY are from time to time required in addition to the COMPANY's equity contribution. It is hereby agreed that the interest of each shareholder in any individual project shall be the aggregate of his/its equity contribution, whether direct or through the COMPANY, and the amount of any such guarantee granted by him/it, and provision to that effect shall be made in an agreement governing each investment made by the COMPANY, whether prior to or after the date of this Agreement.

٥ - من المعترف به أن نشاطات الشركة تتصل بالاستثمار في الفنادق الفردية والمشاريع المشابهة وأنه من أجل تنمية هذه المشاريع فإن كفالات من المساهمين في الشركة ستكون مطلوبة من وقت لآخر بالإضافة إلى مساهمة رأس مال الشركة المدفوع وبهذا فقد تم الاتفاق بأن مصلحة كل مساهم في أي مشروع ستكون المجموع الكلي لمساهمته في رأس المال المدفوع سواء كان ذلك مباشرة أو عن طريق الشركة وقيمة الكفالة التي يقدمها وسينص على ذلك في الاتفاقية التي تحكم كل استثمار تقوم به الشركة سواء كان ذلك قبل تاريخ هذه الاتفاقية أو بعده.

6. The parties hereto undertake to abide by the provisions of the Decree establishing the Company, and of the Memorandum and Articles of Association of the COMPANY, as the same may from time to time be amended, and by all corporate actions taken by the COMPANY prior to or following the date the COMPANY receives the entire Subscription Price.

7. Promptly after the COMPANY receives payment of the total Subscription Price of Dh 40,000,000, and the loan referred to in clause 4 above from HRH PRINCE FAISAL, the parties hereto will take all such action and do all such things as may be necessary to increase the number of Directors of the COMPANY from four to eight.

8. PIAC will not propose any nominee for election to any of the four new directorships and will permit HRH PRINCE FAISAL to nominate such four

٦ - يتعهد أطراف هذه الاتفاقية بالالتزام بأحكام مرسوم تأسيس الشركة وعقد تأسيسها ونظامها الأساسي والتي يجوز تعديلها من وقت لآخر وبجميع الأعمال التي تقوم بها الشركة قبل أو بعد تاريخ استلام الشركة لثمن الاكتتاب .

٧ - بعد استلام الشركة ثمن الاكتتاب بالكامل وقدره ٤٠،٠٠٠،٠٠٠ درهم والقرض المشار إليه في البند (٤) من سمو الأمير فيصل سيقوم أطراف هذه الاتفاقية فورا باتخاذ جميع الإجراءات والأشياء التي قد تكون ضرورية لزيادة عدد المدراء من أربعة إلى ثمانية .

٨ - لن تقترح بيماك أي مرشح لها للانتخاب لأي من وظائف المدراء الأربعة الجديدة وستسمح لسمو الأمير فيصل بتسمية

additional Directors from among persons previously approved by PIAC. The terms of office of such additional Directors shall expire simultaneously with the expiration of the terms of office of the existing Directors.

9. For so long as PIAC holds directly or beneficially not less than 400,000 Shares, the parties hereto will assure that one-half of the total number of Directors will at all times be nominees of PIAC from among persons previously approved by HRH PRINCE FAISAL, and that the Chairman of the Board will be a Director nominated by PIAC, and HRH PRINCE FAISAL will vote his Shares to effect the foregoing.

10. In order to maintain continuity in operations and in the management of the COMPANY, and to implement its development plans, HRH PRINCE FAISAL requires and the parties hereto have accordingly agreed not to take or initiate any action to change the existing management team of the COMPANY, and

هؤلاء الأعضاء الإضافيين من بين أشخاص وافقت عليهم بياك من قبل وستنتهي فترة عمل هؤلاء المديرين في نفس الوقت الذي تنتهي فيه فترة عمل المديرين الحاليين .

٩ - طالما ظلت بياك تملك مباشرة أو كمستفيد ما لا يقل عن ٤٠٠,٠٠٠ سهم فان الأطراف يؤكدون بأن نصف المجموع الكلي للمديرين سيكونون وفي جميع الأوقات مرشحين لبياك من بين أشخاص وافق عليهم سمو الأمير فيصل من قبل وأن رئيس مجلس الإدارة سيكون مديرا مرشحه بياك وأن سمو الأمير فيصل سيصوت بما يملكه من أسهم لتحقيق ذلك .

١٠ - من أجل المحافظة على الاستمرار في أعمال وفي إدارة الشركة ولتنفيذ خططها للتنمية فان سمو الأمير فيصل يطلب وأن الأطراف بناء على ذلك قد وافقوا على أن لا يتخذوا أو يبدأوا أي إجراء لتغيير الإدارة الحالية للشركة وطاقمها

accordingly no change shall be made in the present Chairman, Managing Director and other office bearers of the COMPANY without the unanimous consent of the reconstituted Board of Directors of the COMPANY in terms of clause 8 above.

لذلك لن يحدث أي تغيير لرئيس مجلس الإدارة الحالي والمدير التنفيذي وشاغلي الوظائف الأخرى بالشركة دون الموافقة الإجماعية لمجلس إدارة الشركة المعاد تشكيله طبقاً لأحكام البند ٨ أعلاه

10. The parties hereto will take all requisite corporate steps to cause an Executive Committee of the Board of Directors of the COMPANY to be created, and to cause the functions and responsibilities of the management of the COMPANY to be divided as follows :

١٠- سيتخذ الأطراف جميع الخطوات الإجبارية والضرورية اللازمة لتشكيل لجنة تنفيذية لمجلس الإدارة وسيكون تقسيم أعمال ومسئوليات الإدارة على النحو التالي :

(a) the Board of Directors, to be presided over by the Chairman (with such Chairman having the right to cast an additional casting vote in the case of a tie vote), shall be responsible for overall policy, determination of investment portfolios and identification of geographical areas of operation of the Company and all corporate functions, including appropriation of profits and similar matters ;

(أ) سيكون مجلس الإدارة ويرأسه رئيسه ( وللرئيس صوت مرجح في حالة تعادل الأصوات ) مسئولا عن السياسة العامة وتحديد قوائم الاستثمار والمناطق الجغرافية لعمليات الشركة وجميع أعمالها ويشمل ذلك تخصيص الأرباح والأمور المماثلة

(b) an Executive Committee, to be composed of four Directors, of whom two, including the Managing Director, will be selected from among the Directors nominated by PIAC, and two Directors will be selected from among the Directors nominated by HRH PRINCE FAISAL, and such Executive Committee shall have the responsibilities of implementing the policies of the Board of Directors and directing the activities of the Managing Director;

تكون لجنة تنفيذية من اربعة مدراء يتم اختيار اثنين منهم بما فيهم المدير التنفيذي من بين المدراء الذين يرشحهم بيك ويتم اختيار اثنين من بين المدراء الذين يرشحهم سمو الامير فيصل وتتولى هذه اللجنة التنفيذية مسئوليات تنفيذ سياسات مجلس الادارة وتوجيه نشاطات المدير التنفيذي

(c) The Managing Director shall be responsible for all day-to-day functions in connection with the operations of the Company, under the control and direction of the Executive Committee.

( ج ) يكون المدير التنفيذي مسئولا عن الاعمال اليومية المتعلقة بعمليات الشركة وذلك تحت اشراف وتوجيه اللجنة التنفيذية

12. The parties hereto undertake to exercise their respective voting rights to procure the appointment of Minhal Incorporated as managers/operators of all hotel projects in which the COMPANY acquires an equity interest. The remuneration payable to Minhal Incorporated for its services as aforesaid shall be mutually agreed in each instance, and shall be in accordance with that commonly charged by international hotel chains.

١٢ - يتعهد الأطراف بأن يمارس كل منهم مسؤوليته في التصويت من أجل تعيين شركة منهال المحدودة لمدراء لجميع مشاريع الفنادق التي يكون للشركة حصة في رأسمالها الذي سوف ويتم الاتفاق على كل مسألة على الأتعاب المستحقة للشركة منهال المحدودة في مقابل الخدمات المذكورة ويكون ذلك طبقا للأتعاب التي تتناسب بما هو معمول به في الفنادق العالمية

13. Neither PIAC nor HRH PRINCE FAISAL shall sell, transfer, assign or otherwise dispose of their respective Shares in the COMPANY without first offering the other in writing of its/his intention to do so and affording such other the opportunity to acquire the same, for itself/himself or its/his nominees, at a price and on terms no less favourable than the price and terms at which the

١٣ - ليس لبيام ولا لسمو الأمير فيصل بيع أو تحويل أو التنازل أو التصرف بشكل آخر في أسهمه دون أن يخطر أولاً الطرف الآخر كتابة بنيته القيام بذلك وأن يمنح ذلك الطرف الفرصة لتملكها لنفسه أو لمندوبيه بثمن لا يقل عن الثمن والشروط التي يطلبها الطرف

party serving notice can, in a bona fide sale, make disposition thereof.

14. This Agreement shall extend to and be binding upon each of the parties hereto, its successors and assigns.

15. No modification of this Agreement shall be valid unless made in writing and signed by the parties hereto.

16. If any question or difference whatsoever shall arise between the parties touching this Agreement or any clause or thing herein contained or the construction thereof, or as to any matter in any way connected therewith or arising therefrom, then, and in all such cases, the matter in dispute shall be referred to arbitration in London by three arbitrators in accordance with the Rules of Conciliation and Arbitration of the International Chamber of Commerce, Paris, and any award or

مقدم الاخطار الحصول عليها اذا تصرف فيها بالبيع بنية حسنة .

١٤ ـ تشمل هذه الاتفاقية وتكون ملزمة لكل طرف فيها ولخلفائه والمتنازل لهم .

١٥ ـ اي تعديل لهذه الاتفاقية ليس يكون ساري المفعول مالم يكن كتابة وموقعا عليه بواسطة الاطراف المذكورين فيها .

١٦ ـ اذا نشأ أي نزاع او خلاف بين الاطراف يتعلق بهذه الاتفاقية او اي شيء او اي بند وارد فيها او في تفسيرها او حول اي موضوع يتصل بها او ناشئ عنها فان الامر موضوع النزاع وفي جميع هذه الحالات سيحال الى التحكيم في لندن بواسطة ثلاثة محكمين طبقا للقواعد الملحقة والتحكيم الخاصة بغرفة التجارة الدولية ( باريس )

awards rendered in such arbitration shall be final and binding on the parties, who shall give full effect thereto..

IN WITNESS WHEREOF the parties hereto have duly executed this Agreement on the day and year first above-written.

SIGNED and DELIVERED by the abovenamed HIS ROYAL HIGHNESS, PRINCE FAISAL BIN KHALID BIN ABDUL AZIZ AL SAUD, in the presence of :

SIGNED and DELIVERED for and on behalf of the abovenamed PAKISTAN INTERNATIONAL AIRLINES CORPORATION by Mr. Hasib Ahsan duly authorised in that behalf, in the presence of :

SIGNED and DELIVERED for and on behalf of the abovenamed, PIA INVESTMENTS LIMITED by Mr. Ali Maksud M. Nur Khan duly authorised in that behalf, in the presence of :

ويكون القرار الصادر بين مبدأ التحكيم نهائيا وملزما للأطراف وسيقومون بتنفيذه بالكامل

واشهادا على ذلك فان الأطراف قد قاموا بالتوقيع على هذه الاتفاقية في اليوم والسنة الموضحتين في أولها كتابة .

تم التوقيع والتبادل بواسطة المذكور سمو الأمير فيصل بن خالد بن عبد العزيز ال سعود في حضور :

تم التوقيع والتبادل نيابة عن المذكور أعلاه مؤسسة الخطوط الجوية الباكستانية بواسطة السيد :

وهو مفوض بذلك في حضور

تم التوقيع والتبادل نيابة عن المذكور أعلاه بي أي ايه للاستثمارات المحدودة بواسطة السيد /

وهو مفوض بذلك في حضور

WITNESS -

H. A. K. AFRIDI
OXF. DIGMAN & Co.,
DUBAI