UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

H.R.H. PRINCE FAISAL BIN KHALID BIN
ABDULAZIZ SAUD,

                        Plaintiff,

-against-

PIA INVESTMENTS LIMITED, PAKISTAN
INTERNATIONAL AIRLINES CORPORATION,

                        Defendants.

---

07 Civ. 5603 (NRB)(HBP)

**DECLARATION OF RASHID S. FAROOKEE IN SUPPORT OF MOTION TO COMPEL ARBITRATION OR DISMISS**

---

       Rashid S. Farookee hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

       1.     I am General Manager, The Americas of Pakistan International Airlines Corporation (the "Airline"), where I have been employed for the past 32 years. I am fully familiar with the facts set forth herein. I make this declaration in support of the Airline's motion to compel arbitration or, in the alternative, dismiss the complaint.

       2.     The Airline is incorporated under the laws of the Pakistan and its principal place of business is in Karachi, Pakistan.

       3.     All employees of the Airline who have familiarity with the Shareholders' Agreement dated June 30, 1979 by and between Prince Faisal, PIA Investments Limited ("Investments") and the Airline (the "Shareholders' Agreement"), and the redemption of Prince Faisal's shares in Investments, are located in Karachi, Pakistan. The same is true with respect to all the Airline documents relating to the Shareholders' Agreement and the current redemption of Prince Faisal's shares.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 27, 2007

_____
Rashid S. Farookee
General Manager, The Americas
Pakistan International Airlines