UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H.R.H. PRINCE FAISAL BIN KHALID BIN
ABDULAZIZ AL SAUD,

                                    Plaintiff,

-against-

PIA INVESTMENTS LIMITED, PAKISTAN
INTERNATIONAL AIRLINES CORPORATION,

                                    Defendant.

07 Civ. 5603 (NRB)(HBP)

**DECLARATION OF ALI
SAFDAR REZVI IN
SUPPORT OF MOTION TO
COMPEL OR DISMISS**

Ali Safdar Rezvi hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am Executive Director of PIA Investments Limited ("Investments"), where I have been employed for the past 12 years. I am fully familiar with the facts set forth herein. I make this declaration in support of Investment's motion to compel arbitration, or, in the alternative, to dismiss the Complaint.

2.      Investments is incorporated under the laws of the British Virgin Islands and its Liaison Office is in Karachi, Pakistan.

3.      All employees of Investments who have familiarity with the Shareholders' Agreement dated June 30, 1979 by and between Prince Faisal, Investments and the Pakistan International Airlines Corporation (the "Shareholders' Agreement"), and the redemption of Prince Faisal's shares in Investments, are located in Karachi, Pakistan. The same is true with respect to all Investments documents relating to the Shareholders' Agreement and the current redemption of Prince Faisal's shares.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Karachi, Pakistan
      June 28, 2007

_____
Ali Safdar Rezvi