Supreme Court of the State of New York
County of New York

---

H.R.H Prince Faisal Bin Khalid Bin
Abdulaziz Al Saud,

                      Plaintiff,                    AFFIDAVIT OF SERVICE
                                                        Index No: 601848-07

    -against-                                          Date Filed: 06-04-07

PIA Investments Limited, Pakistan International
Airlines Corporation,

                      Defendants.

---

State of New York )
                       ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State and is not a party to this action. That on June 5, 2007 at approximately 3:05 p.m. deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law; Summons (Endorsed with the Index Number and Date of Filing) and Complaint; that the corporation served was Pakistan International Airlines Corporation, a foreign business corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the Department of State located in the City of Albany, New York by delivering to and leaving the papers with Donna Christie, a white female with blonde hair, being approximately 36-45 years of age; height of 5'0"-5'3", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

                                                                      *Mary M. Bonville*
                                                                     Mary M. Bonville

Sworn to before me this 5th day of June, 2007

*Ruth A. Dennehey*
Ruth A. Dennehey
Notary Public – State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2010

```
                    State of New York - Department of State
                               Receipt for Service


Receipt #:  200706060004                              Cash #: 200706060004
Date of Service:  06/05/2007                          Fee Paid: $40 - DRAWDOWN
Service Company:  08 COLBY ATTORNEYS SERVICE COMPANY - 08

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
   CORPORATION LAW

Party Served:   PAKISTAN INTERNATIONAL AIRLINES CORPORATION



Plaintiff/Petitioner:
          FAISAL BIN, H.R.H. PRINCE




Service of Process Address:
MUMTAZ ALVI,
ALVI & ALLIANCE
230 PARK AVE, STE 1000
NEW YORK,  NY 10169

                                                     Secretary of State
                                                     By  DONNA CHRISTIE
```