UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

H.R.H PRINCE FAISAL BIN KHALID BIN
ABDULAZIZ AL SAUD,

          Plaintiff,

   v.

PIA INVESTMENTS LIMITED, PAKISTAN
INTERNATIONAL AIRLINES CORPORATION,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07 Civ. 5603 (NRB) (ECF)

STATE OF NEW YORK  )
               ) ss.:
COUNTY OF NEW YORK  )

     I, Angel S. Arias, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age, and reside in Richmond Hill, New York.

      2.    On June 7, 2007, at approximately 1:00 p.m., I served the Summons and Complaint on PIA Investments Limited and Pakistan International Airlines Corporation, by personally delivering two true and correct copies thereof to Mumtaz Alvi c/o Shauna Spencer at Alliance, 230 Park Avenue, Suite 1000 (10th Floor), New York 10169. After several attempts at personal service and telephone calls to his cellular telephone, Mr. Alvi returned my calls regarding service of the summons and complaint on PIA Investments Limited and Pakistan International Airlines Corporation in this action. Mr. Alvi asked that I leave the summons and complaint with Ms. Spencer of his office. I asked Mr. Alvi if was personally authorizing Ms. Spencer to accept service of process on his behalf and Mr. Alvi answered in the affirmative. Upon returning to Mr. Alvi's office, I confirmed with Ms. Spencer that she had been personally

authorized by Mr. Alvi to accept service of process for PIA Investments Limited and Pakistan International Airlines Corporation and Ms. Spencer also answered in the affirmative.  Ms. Spencer identified herself as the office receptionist.

3.    Shauna Spencer is a black female, approximately 30 years old, was seated at the time of service, approximately 140 pounds with short black hair.

_____
Angel S. Arias

Sworn to before me on this
3rd day of July 2007

_____
Notary Public

IANTHY P. PRAWL
Notary Public, State of New York
100251806_1.DOC No. 24-4967506
Qualified in Kings County
Commission Expires June 4, 2010

2