UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
H.R.H PRINCE FAISAL BIN KHALID BIN
ABDULAZIZ AL SAUD,

          Plaintiff,

    v.                                            No. 07 Civ. 5603 (NRB) (ECF)

PIA INVESTMENTS LIMITED, PAKISTAN
INTERNATIONAL AIRLINES CORPORATION,

          Defendants.
------------------------------------------------x

## CERTIFICATE OF SERVICE

       I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on the 5th day of June 2007, I served a true and correct copy of the Summons and Complaint in this action, by hand, upon the defendants, PIA Investments Limited and Pakistan International Airlines Corporation at the following addresses:

        Pakistan International Airlines
        505 8th Avenue, 14th Floor
        New York, New York
        *(Documents also faxed)*

        Consulate General of Pakistan
        12 East 65th Street
        New York, New York 10021

        Mumtaz Alvi
        Alvi & Alliance
        230 Park Ave, Ste 1000
        New York, New York, 10169

Dated: July 5, 2007

                                                                _____
                                                                 Angel S. Arias