UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
H.R.H PRINCE FAISAL BIN KHALID BIN
ABDULAZIZ AL SAUD,

        Plaintiff,

v.                                                                                    No. 07 Civ. 5603 (NRB) (ECF)

PIA INVESTMENTS LIMITED, PAKISTAN
INTERNATIONAL AIRLINES CORPORATION,

        Defendants.
------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on the 27th day of June 2007, I served true and correct copies of the Summons, Complaint and Notice of Removal in this action, by registered international mail, return receipt requested, postage prepaid, upon the defendant PIA Investments Limited at:

> Citco BVI Limited
> Wickhams Cay 1
> P.O. Box 662
> Road Town, Tortola
> British Virgin Islands
>
> *Registered office of PIA Investments Limited*

Dated: July 5, 2007

                                                        /s/ Angel S. Arias
                                                        Angel S. Arias

100256893_1.DOC

Registered No. RB 817557 449 US

Date Stamp

(postmark) JUN 27 2007

To Be Completed By Post Office

| | | |
|---|---|---|
| Reg. Fee | | |
| Handling Charge | Return Receipt | |
| Postage | Restricted Delivery | |
| Received by | | |
| Customer Must Declare Full Value $ — | With Postal Insurance | |
| | [X] Without Postal Insurance | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

OFFICIAL USE

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

FROM:
GIBSON DUNN & CRUTCHER LLP / ARIAS
200 PARK AVE., 48th Fl
NEW YORK, N.Y. 10166
USA

TO:
PIA INVESTMENTS LTD.
c/o CITCO BVI LIMITED
WICKHAMS CAY 1, P.O. BOX 662
ROAD TOWN, TORTOLA, BVI

PS Form **3806**, **Receipt for Registered Mail** *Copy 1 - Customer*
May 2004 (7530-02-000-9051) *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com ®*

