|   |   |
|---|---|
| 1. | Kim Pemberton |
| 2. | First Affidavit |
| 3. | "KP1" |
| 4. | 18 June 2007 |
| 5. | 18 June 2007 |

## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|   |   |   |
|---|---|---|
| | **x** | |
| **H.R.H PRINCE FAISAL BIN KHALID BIN ABDULAZIZ AL SAUD,** | **:** | **Index No. 601848/07** |
| | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **PIA INVESTMENTS LIMITED, PAKISTAN INTERNATIONAL AIRLINES CORPORATION,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **x** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## FIRST AFFIDAVIT OF KIM PEMBERTON

I, **KIM PEMBERTON**, of Walkers, 171 Main Street, PO Box 92, Road Town, Tortola, British Virgin Islands **MAKE OATH** and **SAY** as follows:

1.      I am employed by Walkers as an Assistant Secretary in the litigation department. Walkers are solicitors carrying on business in the British Virgin Islands and is retained on behalf of the Plaintiff as his BVI lawyers in these proceedings.

2.      Save as otherwise indicated, the facts and matters deposed to in this Affidavit are derived from my own personal knowledge and are true.

3.      Exhibited to me at the time of swearing this Affidavit and marked "KP1" is a bundle of true copy documents referred to in this Affidavit. A reference to a page number in this Affidavit is a reference the corresponding page number in the exhibit.

4.      On Friday, 15 June 2007 at 4:30 pm I personally served PIA Investments Limited with the following documents:

(1)    Letter from Walkers to PIA Investments Limited (page 1);

(2)    Summons dated 4 June 2007 (page 2); and

(3)    Complaint dated 4 June 2007 (page 4);

by leaving the documents at the registered office of PIA Investments Limited located at Citco BVI Limited, Wickhams Cay 1, P.O. Box 662, Road Town, Tortola, British Virgin Islands. The documents were left with M Brune, an employee of Citco BVI Limited who was authorised to accept service of the documents.

5.    True copies of the documents served appear at the pages indicated in brackets above.


| | |
|---|---|
| Sworn by Kim Pemberton | ) |
| at Court Registry | ) |
| Road Town, Tortola | ) |
| British Virgin Islands | ) |
| on the 18th day of June 2007 | ) |
| Before me: | )    Kim Pemberton |

_____
Commissioner For Oaths/Notary Public

This affidavit is sworn in accordance with the laws and practice of the British Virgin Islands



G:\Users\JPE\Files\Prince Faisal\Documents\Affidavit of Kim Pemberton (1st).doc