## CERTIFICATE OF SERVICE

It is hereby certified that today, July 16, 2007, the foregoing "Plaintiff's Memorandum of

Law in Opposition to Defendants' Motion to Compel Arbitration or Dismiss the Complaint" and

"Declaration of Jin Lee in Support of Plaintiff's Memorandum in Opposition to Defendants'

Motion to Compel Arbitration or Dismiss the Complaint" were served on the address listed

below by Overnight Delivery:

> Donald I. Strauber
> Chadbourne & Parke LLP
> 30 Rockefeller Plaza
> New York, NY 10112
> *Counsel for Defendants*

Dated: New York, New York
July 16, 2007

GIBSON, DUNN & CRUTCHER LLP

By:

Erica K. Rosenthal

200 Park Avenue, 47th Floor
New York, New York 10166-0193

Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Plaintiff*