UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H.R.H. PRINCE FAISAL BIN KHALID BIN ABDULAZIZ AL SAUD,

                                              Plaintiff,

-against-

PIA INVESTMENTS LIMITED, PAKISTAN INTERNATIONAL AIRLINES CORPORATION,

                                             Defendants.

07 Civ. 5603 (NRB)(HBP)

**REPLY DECLARATION OF DONALD I STRAUBER IN FURTHER SUPPORT OF MOTION TO COMPEL ARBITRATION OR DISMISS THE COMPLAINT**

       DONALD I STRAUBER, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

       1.      I am a member of the Bar of this Court and a partner at the law firm of Chadbourne & Parke LLP, counsel to defendants PIA Investments Limited ("Investments") and Pakistan International Airlines Corporation. I submit this declaration in support of Defendants' motion to compel arbitration, or, in the alternative, to dismiss the Complaint on the ground of *forum non conveniens*, in order to put before the Court a document referred to in Defendants' accompanying Reply Memorandum of Law.

       2.      Attached hereto as Exhibit A is a true and correct copy of an Amended Order on Summons for Interlocutory Injunction, dated June 25, 1997, from the High Court of Justice, British Virgin Islands in an action brought by H.R.H. Prince Faisal Bin Khalid Bin Abdulaziz Al Saud against Investments, among other defendants.

NY2 - 475751.01

I declare under penalty of perjury that the foregoing is true and correct.

July 23, 2007

_____
Donald I Strauber

NY2 - 475751.01

# Exhibit A



IN THE HIGH COURT OF JUSTICE
BRITISH VIRGIN ISLANDS
(CIVIL)

IN THE MATTER OF A PROPOSED ACTION
SUIT NO. 65 OF 1997
BETWEEN:

FAISAL BIN KHALID BIN ABDUL AZIZ

Proposed Plaintiff

AND:

PIA INVESTMENTS LIMITED

First Proposed Defendant

SHAHID KHAQAN ABBASI

Second Proposed Defendant

ASLAM R. KHAN

Third Proposed Defendant

NAWAZ TIWANA

Fourth Proposed Defendant

BEFORE: THE HONOURABLE MR. JUSTICE STANLEY MOORE
DATED: THE 26th DAY OF JUNE, 1997
ENTERED: THE 26th DAY OF JUNE, 1997

## AMENDED ORDER ON SUMMONS FOR INTERLOCUTORY INJUNCTION

(Amended Pursuant to the Order of The Honourable
Mr. Justice Stanley Moore on the 25th June, 1997)

UPON the Summons for Interlocutory Injunction dated 18th June, 1997 and filed herein on the 19th June, 1997 coming on for hearing, ex parte.

AND UPON hearing Mr. Paul B. Dennis of Counsel for the Proposed Plaintiff.

AND UPON reading the Affidavit of Michael Morris Franks sworn on the 18th June, 1997 and filed on the 19th June, 1997 and of Paul A. Webster sworn and filed herein on the 19th June, 1997.

AND UPON the Proposed Plaintiff, through his counsel giving the usual undertaking as to damages, viz. that the Proposed Plaintiff will abide by any Order this Court will make as to damages in case this Court shall hereafter be of the opinion that the Proposed Defendants have sustained injury by reason of this Order, which the Proposed Plaintiff ought to pay.

AND UPON the Proposed Plaintiff through his counsel's undertaking further, to issue a Writ of Originating Summons or other originating process by 3:00pm on the 25th July, 1997, to commence the intended action herein against the Proposed Defendants.

IT IS HEREBY ORDERED AS FOLLOWS:

1. That the first Proposed Defendant be and is hereby restrained, until further order of the Court, whether by its servants or agents, directors, officers or subsidiaries, or otherwise howsoever, from in any manner whatsoever, causing, procuring, facilitating, or effecting the appointment of any new or additional board members for MINHAL FRANCE S.A., Registration No. B 999 890 286, 1 rue Scribe, 75009, Paris, France, a subsidiary of the said first Proposed Defendant, or removing any directors from the Board of Directors of the said MINHAL FRANCE S.A., so as to alter the composition of the board of the said MINHAL FRANCE S.A., from the way in which it was constituted as at the 14th May, 1997.

2. That the second to Fourth Proposed Defendants be and are hereby restrained, until further order of the Court, whether by their servants or agents or otherwise howsoever, from in any manner whatsoever, causing, procuring, facilitating, or effecting the appointment of any new or additional board members for the said MINHAL FRANCE S.A., or removing any directors from the Board of Directors of the said MINHAL FRANCE S.A., so as to alter the composition of the board of the said MINHAL FRANCE S.A., from the way in which it was constituted as at the 14th May, 1997.

3. That a copy of the Summons for Interlocutory Injunction herein and the Affidavits of Michael Morris Franks and Paul A. Webster in support thereof, be simultaneously served on the Proposed Defendants upon service of this Order.

4. That the Proposed Defendants are at liberty to apply to the Court at any time to vary or discharge this Order, upon written notice to the Proposed Plaintiff's solicitors.

BY THE COURT

REGISTRAR