UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

H.R.H PRINCE FAISAL BIN KHALID BIN
ABDULAZIZ AL SAUD,

        Plaintiff,

   v.                                       No. 07 Civ. 5603 (NRB) (ECF)

PIA INVESTMENTS LIMITED, PAKISTAN
INTERNATIONAL AIRLINES CORPORATION,

        Defendants.
------------------------------------------------x

## NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel for Plaintiff H.R.H Prince Faisal Bin Khalid Bin Abdulaziz Al Saud and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Plaintiff H.R.H Prince Faisal Bin Khalid Bin Abdulaziz Al Saud. The undersigned is a member of this Court in good standing.

Dated: New York, New York
       July 27, 2007

                                      GIBSON, DUNN & CRUTCHER LLP

                                      By _____
                                          Mitchell A. Karlan (MK-4413)

                                      200 Park Avenue, 48th Floor
                                      New York, New York 10166-0193
                                      Telephone: (212) 351-4000
                                      Facsimile: (212) 351-4035

                                      *Attorneys for Plaintiff H.R.H Prince*
                                      *Faisal Bin Khalid Bin Abdulaziz Al Saud*