## CERTIFICATE OF SERVICE

      I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 27th day of July 2007, I served the Notice of Appearance of Mitchell A. Karlan in this action, electronically (via ECF Notification), upon all counsel of record in this action.

                                                   */s/ Angel S. Arias*
                                                     Angel S. Arias

100271632_1.DOC