IN THE _Supreme_ COURT OF _the State of N.Y._ COUNTY OF _New York_

PLAINTIFF _HRH Prince Faisal etc_ vs. DEFENDANT _PIA Investments Ltd, et al_

DEFENDANT TO BE SERVED: _PIA INVESTMENTS LIMITED et al_

CASE NO: _601848/07_ TYPE OF PROCESS ( ) SUMMONS & COMPLAINT ( ) NOTICE OF LIS PENDENS

Received this process on the _16_ day of _July 2007_

(✓) Served    ( ) Not Served the within named Defendant: _PIA Investments Ltd et al._

TIME: _10:09_ DATE: _7/17/07_ ADDRESS WHERE SERVED (OR ATTEMPTED) _Wickhams Cay B.V.I_

( )   INDIVIDUAL SERVICE.....By delivering to the within named defendant a true copy of this process with the date and hour of service endorsed by me, and, at he same time I delivered to the within named defendant a copy the complaint.

( )   SUBSTITUTE SERVICE....By leaving a true copy of this process with the date and hour of service endorse me and a copy of the complaint by leaving the copies at (his/her) usual place of abode, with some person residin therein who is fifteen years of age or older to wit: (Name)_____, (Relationship)_____, and informing such person of their contents pursuant to F.S. 48.031.

(✓)   CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE.....By delivering a true copy o the process with the date and hour of service endorsed by me and a copy of the complaint to _CHAD GEORGE_ as (title) _Asst Compliance Manager/Officer_ of sa entity.

( )   In absence of the president, vice-president, other head of the corporation, cashier, treasurer, secretary, general manager, director, officer or business agent residing in the state as defined by F.S. 48.081.

( )   For failure of the Registered Agent to be his/her designated place for service pursuant to 48.091 and by serving the above named person as employee of said corporation at the corporations place of business.

( )   NON-SERVICE.....By returning the same this _____ day of _____, 19____ for the reason t after due and diligent search through the following methods the within named could not be located.. Immediate neighbors, telephone book and Information operator, U.S. Postal search, local credit bureaus, Drivers license and Department of Motor Vehicles.

COMMENTS:
1.    ( )   At the time of service, defendant/subject was asked if defendant is presently in the military servi of the United States Government and the reply was that: he was/was not    she was/was not

DESCRIPTION:    Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| SEX | SKIN-COLOR | HAIR COLOR | AGE (APPROX.) | HEIGHT (APPROX.) | WEIGHT (APPROX.) |
|---|---|---|---|---|---|
| M | Dark | Black | 25 years | 5' 10" | 140 lbs |

I HEREBY CERTIFY THAT I am not a party to the above action or suit and I am over the age of 18 years and the above affidavit is true and correct.

PIERRE G. TEPIE
SPECIAL PROCESS SERVER
984/91

Certified

SWORN to and SUBSCRIBED before me this ___ day of _July_, 2007