UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

H.R.H PRINCE FAISAL BIN KHALID BIN
ABDULAZIZ AL SAUD,

            Plaintiff,

v.                                                                         No. 07 Civ. 5603 (NRB) (ECF)

PIA INVESTMENTS LIMITED, PAKISTAN
INTERNATIONAL AIRLINES CORPORATION,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### CERTIFICATE OF SERVICE

      I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on the 5th day of December, 2007, I served a true and correct copy of the Plaintiff's Supplemental Memorandum Of Law In Further Opposition To Defendants' Motion To Compel Arbitration Or Dismiss The Complaint in this action, by hand delivery and ECF Notification, upon the counsel for defendants PIA Investments Limited and Pakistan International Airlines Corporation at:

        Donald I. Strauber, Esq.
        Chadbourne & Parke LLP
        30 Rockefeller Plaza
        New York, NY 10112
        Email: dstrauber@chadbourne.com

Dated: December 5, 2007

                                                      Angel S. Arias